UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC,<br><br>    Defendants. | Case No. 1:20-CV-00485 DAD JLT<br><br>**ORDER TO ATTORNEYS ABRAHAIAM AND NORDANYAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO OBTAIN MEMBERSHIP IN THIS COURT** |

Local Rule 180(b) restricts practice in this Court to its members. Despite this, David Abrahamian and Minas Nordanyan are representing the plaintiff in this action. On April 6, 2020, the Clerk of the Court notified these attorneys of the need to seek membership and supplied an application (Doc. 4), but they have failed to take any action. Thus, the Court **ORDERS**:

1. **Within 10 days,** David Abrahamian and Minas Nordanyan **SHALL** show cause why sanction should not be imposed for their failure to comply with the Local Rules and for their practice in this Court without first obtaining membership. Alternatively, they may seek membership within 10 days. Other than responding to this order, they **SHALL NOT** practice further in this Court.

IT IS SO ORDERED.

Dated:   **June 10, 2020**                     /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 33522694.1

2

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO DISMISS DEFENDANT
ADVANCE/NEWHOUSE PARTNERSHIP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28