1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID GARCIA, an individual,

     Plaintiff,

  vs.

LONGS DRUG STORES CALIFORNIA,
L.L.C., and DOES 1 to 50, inclusive,

     Defendants.

CASE NO.:  1:20-cv-00485-DAD-JLT

ORDER CLOSING THE ACTION
(Doc. 7)

     The parties have stipulated to dismiss this case, with prejudice. (Doc. 7) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:  __**June 25, 2020**__          _____**/s/ Jennifer L. Thurston**

                                      UNITED STATES MAGISTRATE JUDGE